**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| CITIBANK, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. _____ |
| | ) | |
| CECIL SURGERY CENTER, LLC, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

<u>**PLAINTIFF'S DISCLOSURE OF CORPORATE INTEREST**</u>

Plaintiff, Citibank, N.A. ("Citibank"), by and through its counsel, McKenna Long &

Aldridge LLP, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 103,

states that Citibank is a wholly-owned subsidiary of Citigroup, Inc., whose stock is publicly

traded on the New York Stock Exchange under the symbol C.

Dated:  February 25, 2014
                                          _____/s/_____
                                          John G. McJunkin, Bar No. 22775
                                          jmcjunkin@mckennalong.com
                                          Craig D. Rust, Bar No. 18274
                                          crust@mckennalong.com
                                          McKenna Long & Aldridge LLP
                                          1900 K Street, NW
                                          Washington, DC 20006-1108
                                          Telephone:  (202) 496-7500
                                          Facsimile:  (202) 496-7756

                                          *Counsel for Citibank, N.A.*